JACOBSON v. STRONG et al. (No. 7093.)

(Supreme Court, Appellate Division, First Department. April 1, 1915.)

VENUE ⊜⊃52—CHANGE—GROUNDS.

Place of trial of an action will be changed to the county where the transaction arose and where all the witnesses reside.

[Ed. Note.—For other cases, see Venue, Cent. Dig. §§ 76, 77; Dec. Dig. ⊜⊃52.]

Appeal from Special Term, New York County.

Action by Elias Jacobson against James Strong, Jr., and another. From an order denying motion to change place of trial, defendants appeal. Reversed, and motion granted.

⊜⊃For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Harry G. Stephens, of Easthampton, for appellants.
John Santora, of New York City, for respondent.

PER CURIAM. The whole transaction out of which this action arose took place in Suffolk county, and, so far as appears, all the witnesses who can testify to facts relevant to the issue reside there.

The order appealed from is reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.